■ WASHINGTON FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v GOLDEN HAVEN REALTY CORPORATION, Appellant, et al., Defendants. — In an action to foreclose a mortgage on real property, the defendant appeals from (1) an order of the Supreme Court, Kings County, dated March 23, 1979, which, *inter alia,* directed that plaintiff be awarded a judgment of foreclosure, and (2) the judgment of foreclosure and sale of the same court, dated December 21, 1979. Appeal from the order dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment affirmed. No opinion. Plaintiff is awarded one bill of costs to cover both appeals. Damiani, J. P., Gibbons, Rabin and Thompson, JJ., concur.